and others. J. W. Johnson, for appellants. J. H. Judge, for respondent. No opinion. Judgment affirmed, with costs.

DIXON, Appellant, v. JAMES et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Herbert S. Dixon against Thomas L. James and others.

PER CURIAM. Judgment modified, on the authority of Lyon v. James (decided herewith) 90 N. Y. Supp. 28, by directing restitution as against the defendant Gilbert in the form decreed in that case, and, as thus modified, affirmed, without costs of this appeal.

DIXON, Appellant, v. JAMES et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Herbert S. Dixon against Thomas L. James and others.

PER CURIAM. Defendants' motion for resettlement of the order granted, without costs. Plaintiff's motion for resettlement of the order denied, without costs.

DOEME v. DOEME. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Lillian N. Doeme against Zoltan Doeme. No opinion. Motion denied.

DONAHUE, Respondent, v. UTICA & M. R. CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. November 15, 1904.) Action by Jeffrey Donahue against the Utica & Mohawk Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict, as of the date of the rendition thereof, to the sum of $2,000, in which event the judgment, as so modified, and order denying the motion for new trial, are affirmed, without costs of this appeal to either party.

In re DONOHUE'S WILL. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) In the matter of the probate of the last will and testament of George W. Donohue, deceased. No opinion. Motion granted, and order resettled and signed.

DOXTATOR, Appellant, v. PEGLOW et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Daniel W. Doxtator against John Peglow and others. No opinion. Having been twice passed, the appeal herein is dismissed, with costs, pursuant to rule 39 of the general rules of the Supreme Court.

DOXTATOR, Appellant, v. PEGLOW, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Daniel W. Doxtator against John Peglow.

PER CURIAM. Order heretofore entered dismissing the appeal herein vacated and set aside, and the appeal restored, to be placed upon the next calendar of this court, to wit, January term, 1905, to be argued or finally dismissed at said term.

DUBOIS, Respondent, v. CARRUTHERS, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by William E. Dubois against Frederick W. Carruthers. No opinion. Motion denied.

DUNN et al., Appellants, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Frederick M. Dunn and George T. Jewesson against Minnie Smith. No opinion. Judgment of the Municipal Court affirmed, with costs.

DURR, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Jacob Durr against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

DURR, Appellant, v. NEW YORK CENT. & & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Jacob Durr against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

DUSENBURY, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Jennie J. Dusenbury against Millard F. Smith and others.

PER CURIAM. We think the trust deed executed by the plaintiff was void, not only because of the possible suspension of the absolute power of alienation for more than two lives, but also because the preliminary direction to retain the rents and profits of the real estate for the repayment to the trustees of the advances made by them to the plaintiff constitutes an unlawful accumulation of income. Killam v. Allen, 52 Barb. 605, cited with approval in Underwood v. Curtis, 127 N. Y. 523, 541, 28 N. E. 585; Hascall v. King, 162 N. Y. 134, 56 N. E. 515, 76 Am. St. Rep. 302. Judgment affirmed without costs.

DYER, Appellant, v. LANGLEY, Respondent, et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by John B. Dyer against John Langley, Impleaded. R. J. Fox, for appellant. N. Zabriskie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

(98 App. Div. 625)

EDDY, Appellant, v. SPAULDING et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Jane B. Eddy against Bernard Spaulding and others. From an order perpetually staying the execution of a judgment of foreclosure and sale, plaintiff appeals. Affirmed.